FILED
GREAT FALLS DIV.

'07 MAY 1 AM 10 21

PATRICK E. DUFFY, CLERK
BY _____
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

### BUTTE DIVISION

| | |
|---|---|
| MELONY J. WATTS,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>STATE OF MONTANA, and the<br>DEPARTMENT OF HEALTH AND<br>FAMILY SERVICES, et. al.,<br><br>　　　　　　　　Defendants. | No. CV-06-44-BU-SEH<br><br>**ORDER** |

United States Magistrate Judge Keith Strong entered his ORDER AND FINDINGS AND RECOMMENDATION[1] on April 9, 2007. Plaintiff filed objections on April 29, 2007. The Court reviews *de novo* findings and recommendation to which objection is made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

---

[1] Document No. 14.

ORDERED:

Plaintiff's Complaint[2] is DISMISSED.

The Clerk of Court is directed to enter judgment accordingly.

DATED this 1st day of May, 2007.

SAM E. HADDON
United States District Judge

---

[2]Document No. 1.